```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

JASON SHERWOOD                    ]
     Plaintiff,                   ]
                                  ]
v.                                ]          No. 3:12-0084
                                  ]          Judge Trauger
T.D.O.C. COMMISSIONER DERRICK     ]
SCHOFIELD, et al.                 ]
     Defendants.                  ]


## O R D E R

The Court has before it a *pro se* prisoner civil rights complaint (Docket Entry No.1) and an application to proceed in forma pauperis (Docket Entry No.2).

The plaintiff is an inmate at the Riverbend Maximum Security Institution in Nashville. He has submitted an application showing the balance in his inmate trust account as of June 30, 2010 while he was confined at another penal facility. Thus, the Court has no recent financial information from which to determine whether the plaintiff is deserving of pauper status.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit a properly completed and signed application to proceed in forma pauperis along with a certified copy of his inmate trust account statement for the previous six month period. 28

U.S.C. § 1915(a)(2).

For the plaintiff's convenience, the Clerk will provide him with a blank application to proceed in forma pauperis with a copy of Administrative Order No. 93. The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge